IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCIANO RUBIO | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:12-CV-186 |
| | § | (JURY REQUESTED) |
| CITY OF HARLINGEN, VIS-Á-VIS | § | |
| THE HARLINGEN POLICE | § | |
| DEPARTMENT | § | |

ORDER

On this day, came on to be considered defendant's *Rule 12(c) Motion for Judgment on the Pleadings* and, after due consideration of said motion, plaintiff's response thereto and the plaintiff's pleadings, it is the opinion of this Court that defendant's motion should be, in all things, Granted. It is, therefore,

ORDERED that a all claims and causes of action asserted in plaintiff's *Original Petition* be, hereby, dismissed.

Signed and entered this _____ day of _____ 2012.

_____
Hon. Andrew S. Hanen
United States District Judge