IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCIANO RUBIO | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:12-CV-186 |
| | § | (JURY REQUESTED) |
| CITY OF HARLINGEN, VIS-Á-VIS | § | |
| THE HARLINGEN POLICE | § | |
| DEPARTMENT | § | |

FINAL JUDGMENT

On April 7, 2014, the trial of this case began. Plaintiff, Luciano Rubio, appeared in person and through his attorney and announced ready for trial. Defendant, the City of Harlingen, appeared through its Assistant City Manager and its attorney and announced ready for trial. The court determined that it had jurisdiction over the subject matter and the parties in this case. The court then impaneled and swore the jury. The court read its instructions to the jury, which included the instruction this trial had been bifurcated and that they would first consider evidence concerning the date on which the plaintiff's cause of action accrued. The jury heard the evidence and arguments of counsel. The court submitted its question, definitions and instructions to the jury. In response, the jury made a finding that the court received, filed and entered of record as Document No. 35. Defendant moved for entry of judgment on the verdict. The court considered the motion and renders judgment for the City of Harlingen.

1. Therefore, the court orders that plaintiff, Luciano Rubio, take nothing by his suit and that defendant, the City of Harlingen, recover its costs of court from plaintiff.

2. The court orders execution to issue for this judgment.

3. The court denies all relief not granted in this judgment.

4. This is a FINAL JUDGMENT.

SIGNED on the _____ day of _____, 2014.

_____
Andrew S. Hanen
United States District Judge

APPROVED AS TO FORM AND SUBSTANCE:

s/ Joe Hernandez
Joe Hernandez
*Attorney In Charge*
State Bar No. 09517700
U.S.D.C. No. 15145

GUERRA, LEED, SABO &
HERNANDEZ, P.L.L.C.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: 956-541-1846
Facsimile: 956-541-1893
Email: jhernandez@wglawfirm.com

*Attorneys for Defendant*

APPROVED AS TO FORM ONLY:

ANTHONY & MIDLEBROOK, P.C.
By: /s/ David R. Joe
David R. Joe
Texas Bar No. 24003872
Federal ID No. 34002
1702 E. Tyler Street, Suite 1
Harlingen, TX 78550
Office: (956) 428-5500
Fax: (956) 428-5518
ATTORNEY FOR PLAINTIFF